UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

EXCLUSIVELY CATS VETERINARY
HOSPITAL, P.C.,

    Plaintiff,

v.                                                Case No. 19-11228

M/A/R/C RESEARCH, L.L.C.,

    Defendant.

_____/

**JUDGMENT**

In accordance with the "Opinion and Order Granting Defendant's Motion to Dismiss and Denying as Moot Plaintiff's Motion to Certify Class" entered on March 16, 2020,

IT IS ORDERED AND ADJUDGED that judgment is entered for Defendant M/A/R/C Research, L.L.C., and against Plaintiff Exclusively Cats Veterinary Hospital, P.C. Dated at Port Huron, Michigan, March 16, 2020.

                                                      DAVID J. WEAVER
                                                      CLERK OF THE COURT

                                                      By: <u>s/Lisa Wagner</u>
                                                         Lisa Wagner, Case Manager
                                                         to Judge Robert H. Cleland

S:\Cleland\Cleland\JUDGE'S DESK\C2 ORDERS\19-11228.EXCLUSIVELYCATS.MotiontoDismiss.Judgment.docx